# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Crave Products, Inc. ) | |
| ) | Case No. 1:19-cv-1765 |
| v. ) | |
| ) | Judge: Hon. Gary Feinerman |
| THE PARTNERSHIPS and ) | |
| UNINCORPORATED ASSOCIATIONS ) | Magistrate: Hon. Susan E. Cox |
| Hon. IDENTIFIED ON SCHEDULE "A" ) | |
| ) | |

**Voluntary Dismissal**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the undersigned counsel for plaintiff hereby notify this Court that the plaintiff, Crave Products, Inc., voluntarily dismiss any and all claims against defendants without prejudice:

| Doe | Store Name | Store ID |
|---|---|---|
| 5 | cheapbulk | cheapbulk |
| 20 | yynuodun | yynuodun |
| 172 | Bayshop Store | 3013001 |
| 216 | Dedication Store | 3510046 |
| 223 | kitchen&bar Supplies Store | 3581018 |
| 346 | uuplay good value drop shipping Store | 4507089 |
| 408 | myturkıshmall | A1YXJP4YSCE5V2 |
| 461 | JRingUS | A3UV297MS1MALQ |

Dated: July 14, 2019

Respectfully submitted,

By:    s/David Gulbransen/
      David Gulbransen
      Attorney of Record

      David Gulbransen (#6296646)
      Law Office of David Gulbransen
      805 Lake Street, Suite 172
      Oak Park, IL 60302
      (312) 361-0825 p.
      (312) 873-4377 f.
      david@gulbransenlaw.com