**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Crave Products, Inc. | ) | |
| | ) | Case No. 1:19-cv-1765 |
| | ) | |
| v. | ) | Judge: Hon. Gary Feinerman |
| | ) | |
| THE PARTNERSHIPS and | ) | Magistrate: Hon. Susan E. Cox |
| UNINCORPORATED ASSOCIATIONS | ) | |
| Hon. IDENTIFIED ON SCHEDULE "A" | ) | |
| | ) | |
| | ) | |

**FINAL JUDGMENT ORDER**

This action having been commenced by Plaintiff, Crave Products ("Plaintiff") against the defendants operating the websites/webstores identified on Schedule "A" to Plaintiff's Complaint (collectively, the "Infringing Webstores"), and Plaintiff having moved for entry of Default and Default Judgment against the defendants not already dismissed, identified in Appendix "A" (collectively, the "Defaulting Defendants");

This Court having entered upon a showing by Plaintiff a temporary restraining order and preliminary injunction against Defaulting Defendants;

Plaintiff having properly completed service of process on Defaulting Defendants, providing notice via e-mail, along with any notice that Defaulting Defendants received from the ecommerce platforms, hosts, and payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

Defaulting Defendants having failed to answer the Complaint or otherwise

plead, and the time for answering the Complaint having expired;

THIS COURT HEREBY FINDS that it has personal jurisdiction over Defaulting Defendants because Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Defaulting Defendants are reaching out to do business with Illinois residents by operating one or more commercial, interactive Infringing Websites through which Illinois residents can purchase products bearing counterfeit versions of 60 SECOND SALAD trademark, U.S. Reg. No. 5403165.

The registration is valid, unrevoked, and uncancelled. Defendants use the mark and display images protected by trademark and copyright on the infringing websites without Plaintiff's permission or consent.

THIS COURT FURTHER FINDS that Defaulting Defendants are liable for willful federal trademark infringement and counterfeiting (15 U.S.C. § 1114), false designation of origin (15 U.S.C. § 1125(a)), and violation of the Illinois Uniform Deceptive Trade Practices Act (815 ILCS § 510, et seq.).

IT IS HEREBY ORDERED that Plaintiff's Motion for Entry of Default and Default Judgment is GRANTED in its entirety, that Defaulting Defendants are deemed in default and that this Final Judgment is entered against Defaulting Defendants.

IT IS FURTHER ORDERED that

1. Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under or in active concert with them be permanently enjoined and restrained from:

  a. using the 60 SECOND SALAD trademark or any reproductions, counterfeit copies or
    colorable imitations thereof in any manner in connection with the distribution, marketing,

advertising, offering for sale, or sale of any product that is not a genuine Crave Products product or not authorized by Plaintiff to be sold in connection with the 60 SECOND SALAD Trademark;

b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Crave Products product or any other product produced by Plaintiff, that is not Plaintiff's or not produced under the authorization, control or supervision of Crave Products and approved by Plaintiff for sale under the 60 SECOND SALAD Trademark;

c. committing any acts calculated to cause consumers to believe that Defendants' Counterfeit Products are those sold under the authorization, control or supervision of Crave Products, or are sponsored by, approved by, or otherwise connected with Crave Products;

d. further infringing the 60 SECOND SALAD trademark and damaging Plaintiff's goodwill;

e. otherwise competing unfairly with Plaintiff in any manner;

f. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiff, nor authorized by Plaintiff to be sold or offered for sale, and which bear any of the 60 SECOND SALAD trademark, or any reproductions, counterfeit copies or colorable imitations thereof;

g. using, linking to, transferring, selling, exercising control over, or otherwise owning or operating the infringing webstores, websites, or any other domain name that is being used to sell or is the means by which Defendants could continue to sell Counterfeit Products;

h. operating and/or hosting infringing webstores, websites and any other domain names registered or operated by Defendants that are involved with the distribution, marketing,

advertising, offering for sale, or sale of any product bearing the 60 SECOND SALAD
trademark or any reproductions, counterfeit copies or colorable imitations thereof that is
not a genuine Crave Products product or not authorized by Crave Products to be sold in
connection with the 60 SECOND SALAD trademark;

i. registering any additional stores, websites, or domain names that use or incorporate any of
the 60 SECOND SALAD trademark; and

j. using images covered by the PLAINTIFF's Copyrights or any of PLAINTIFF's original
photographs that Crave Products uses to advertise the sale of original Crave Products
products.

2. Those in privity with Defaulting Defendants and with actual notice of this Order, including
ecommerce platform providers, such as Alibaba, Ali-Express, Amazon, eBay, Wish, etc., shall
within three (3) business days of receipt of this Order:

a. disable and cease providing services for any accounts through which Defaulting
Defendants, in the past, currently or in the future, engage in the sale of goods using the 60
SECOND SALAD Trademarks, including, but not limited to, any accounts associated
with the Defaulting Defendants listed on Schedule "A" not dismissed from this action;
and

b. disable any account linked to Defaulting Defendants, linked to any e-mail addresses used
by Defaulting Defendants, or linked to any of the Infringing webstores/websites.

Pursuant to 15 U.S.C. § 1117(c)(1), Plaintiff is awarded statutory damages from each of the
Defaulting Defendants in the amount of One-Million Dollars (U.S.) and No Cents
($1,000,000.00) for using counterfeit 60 SECOND SALAD Trademarks on products sold

through at least the Infringing webstores/websites. As to each Defaulting Defendant, until such Defaulting Defendant has paid in full the award of statutory damages against it:

    a.   Alibaba, Ali-Express, Amazon, eBay, Wish (collectively the "Platforms") and PayPal, Payoneer, WorldFirst, World First Asia Limited, World First Markets Limited, World First USA, Inc., Bill.com, Pingpong, Payeco, Umpay/Union Mobile Pay, Moneygram, Western Union and any of their subsidiaries (collectively the "Payment Processors") shall, within two (2) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants, Defaulting Defendants' Infringing webstores/websites identified in Schedule "A", except those dismissed, from transferring or disposing of any money or other of Defaulting Defendants' assets.

    b.  All monies currently restrained in Defaulting Defendants' financial accounts, including monies held by the Platforms or the Payment Processors are hereby released to Plaintiff as partial payment of the above-identified damages, and are ordered to release to Plaintiff the amounts from Defaulting Defendants' Platform or Payment Processor accounts within ten (10) business days of receipt of this Order.

    c.  Plaintiff shall have the ongoing authority to serve this Order on the Platforms or the Payment Processors in the event that any new accounts controlled or operated by Defaulting Defendants are identified. Upon receipt of this Order, the Platforms or the Payment Processors shall within two (2) business days:

        i. Locate all accounts and funds connected to Defaulting Defendants, Defaulting Defendants' Infringing webstores/websites, including, but not limited to, any accounts connected to the information listed in Schedule "A" of the Complaint, the

e-mail addresses identified in Exhibit 1 to the Declaration of David Gulbransen, and

any e-mail addresses provided for Defaulting Defendants by third parties;

ii. Restrain and enjoin such accounts or funds from transferring or disposing of any

money or other of Defaulting Defendants' assets; and

iii. Release all monies restrained in Defaulting Defendants' accounts to Plaintiff as

partial payment of the above-identified damages within ten (10) business days of

receipt of this Order.

4. Until Plaintiff has recovered full payment of monies owed to it by any Defaulting Defendant, Plaintiff shall have the ongoing authority to serve this Order on any banks, savings and loan associations, payment processors, or other financial institutions (collectively, the "Financial Service Providers") in the event that any new financial accounts controlled or operated by Defaulting Defendants are identified. Upon receipt of this Order, the Financial Service Providers shall within two (2) business days:

a. Locate all accounts and funds connected to Defaulting Defendants, Defaulting

Defendants' Infringing webstores/websites, including, but not limited to, any accounts

connected to the information listed in Schedule "A" of the Complaint, the e-mail

addresses identified in Exhibit 1 to the Declaration of David Gulbransen, and any e-mail

addresses provided for Defaulting Defendants by third parties;

b. Restrain and enjoin such accounts or funds from receiving, transferring or disposing of

any money or other of Defaulting Defendants' assets; and

c. Release all monies restrained in Defaulting Defendants' financial accounts to Plaintiff as

partial payment of the above-identified damages within ten (10) business days of receipt

of this Order.

5. In the event that Plaintiff identifies any additional webstores, websites, domain names or financial accounts owned by Defaulting Defendants, Plaintiff may send notice of any supplemental proceeding to Defaulting Defendants by e-mail at the email addresses identified in Exhibits 1 to the Declaration of David Gulbransen and any e-mail addresses provided for Defaulting Defendants by third parties.

**IT IS SO ORDERED.**

Dated:     7/16/2019

_____
U.S. District Court Judge Hon. Gary Feinerman

Appendix A

| Doe # | Seller Name | Seller ID |
|---|---|---|
| 1 | beyondcomm | beyondcomm |
| 2 | bienbest | bienbest |
| 3 | bjmy | bjmy |
| 4 | caterings | caterings |
| 8 | donewell | donewell |
| 11 | lanho | lanho |
| 13 | mzbesten | mzbesten |
| 14 | nhsdxj | nhsdxj |
| 15 | tourism | tourism |
| 16 | tresunenterprise | tresunenterprise |
| 17 | ybhook | ybhook |
| 21 | zjhanying | zjhanying |
| 22 | phonefamily Store | 105868 |
| 23 | Get it Happy | 316782 |
| 24 | Na Na Life House Store | 337705 |
| 25 | Enjoying ^-^ Store | 412895 |
| 26 | Nosii CozyLife Store | 502422 |
| 27 | Win_Win World | 514906 |
| 28 | Mary's Brown Store | 524981 |
| 29 | Holyhome Store | 527270 |
| 30 | Online Store 531010 | 531010 |
| 31 | lincoln76 Store | 725920 |
| 32 | Shenzhen Xinerxin Co.,Ltd | 732243 |
| 33 | Zhejiang Dongzheng Store | 802263 |
| 34 | WIILII Store | 934328 |
| 35 | think-a Store | 939923 |
| 36 | Shenzhen SuperDeal Technology Co., Ltd. | 1022185 |
| 37 | Saim Store | 1056006 |
| 39 | Best love Import & Export co. , ltd | 1138035 |
| 40 | BELT&ROAD Store | 1171422 |
| 41 | university store | 1189807 |
| 42 | TEUMI ABC Store | 1209005 |
| 43 | WOWCC Dropshipping Store | 1232637 |
| 44 | HomeWest Store | 1264556 |
| 45 | Adula-EasyDeal Store | 1291669 |
| 47 | Home and Auto Parts | 1305510 |

| 48 | pickupit | 1327101 |
|----|----------|---------|
| 49 | My Prettyhome Store | 1327102 |
| 50 | Leading lifestyle store | 1359042 |
| 51 | Common Truth | 1380874 |
| 53 | Characteristic household products | 1406396 |
| 54 | Starkiry Store | 1459255 |
| 55 | FATION JEWELRY STORE | 1487452 |
| 56 | Shop1497564 Store | 1497564 |
| 57 | Homelike Industrial Company Limited | 1504365 |
| 58 | Shenzhen Supermarket | 1544143 |
| 59 | ROSE QI Store | 1576044 |
| 60 | JASMYLIFE Store | 1626627 |
| 61 | foodymine store | 1626856 |
| 63 | Pet Supplies Market | 1681273 |
| 64 | Transhome & Kitchen Tools Store | 1709260 |
| 65 | Multi Idea Store | 1711770 |
| 66 | CreativeLife store Store | 1746730 |
| 67 | Sweet dream family center98 | 1752437 |
| 68 | My Name Is Chenk Store | 1756461 |
| 69 | ALknowshop Store | 1759613 |
| 70 | T-Best Fashion Beauty Company | 1766187 |
| 71 | MQCAT Store | 1775759 |
| 72 | Gosear | 1799536 |
| 73 | unexpected shopping heaven Store | 1805827 |
| 74 | International home garden store | 1815356 |
| 75 | WOWCC Gardening World Store | 1824535 |
| 76 | Jessic June Botique Store | 1833536 |
| 77 | Filbake Store | 1850328 |
| 78 | Big Sale | 1852461 |
| 79 | furnishing Store | 1853265 |
| 80 | ANDES Store | 1886022 |
| 81 | Lisa's Houses | 1898473 |
| 83 | Sopear HomeGarden Store | 1949794 |
| 84 | The little store of Bruce | 1950642 |
| 85 | NoveltyDesign Store | 1958598 |
| 86 | In My House Store | 1963637 |
| 87 | Ginflash kitchen Store | 1965601 |
| 88 | baffect Official Store | 1968217 |
| 89 | XW Store | 1968831 |

| 90 | Memories of youth 2628 Store | 1996136 |
|---|---|---|
| 93 | Xmpromo Store | 2070052 |
| 94 | Wholesaler & Retail Store | 2136009 |
| 95 | CZSt Co. store | 2138111 |
| 96 | welford Official Store | 2139236 |
| 97 | Simple but colorful life | 2141087 |
| 98 | TopKitchen World Store | 2161040 |
| 99 | 711 market | 2167030 |
| 100 | YIEA Marketing | 2208163 |
| 101 | Innovative Life House | 2229059 |
| 102 | WFGOGO Official Store | 2286009 |
| 103 | ABC's Store | 2306024 |
| 104 | living FUHO Store | 2346105 |
| 105 | DINIWELL Molds Store | 2389083 |
| 106 | House Living Museum Store | 2471031 |
| 107 | Day Day Up Store | 2495001 |
| 108 | Norwich Sportivo Outdoor Store | 2616054 |
| 109 | Lingeafey Cups Store | 2630058 |
| 110 | Commodity Daquan Store | 2655010 |
| 111 | fenxiang Store | 2663215 |
| 112 | Haoxair Store | 2664170 |
| 114 | SHUNBAO co., LTD. Store | 2669034 |
| 115 | Do Bestest Store | 2674147 |
| 117 | Homey Life Store | 2763022 |
| 118 | Homey Kitchen Store | 2784165 |
| 119 | Sundy Store | 2789119 |
| 120 | RIEOGIA Franchise Store | 2789144 |
| 121 | Lingeafey Official Store | 2792035 |
| 122 | TinGrace's Garret House Store | 2797002 |
| 123 | rxx@2016 Store | 2799042 |
| 124 | Shop2801099 Store | 2801099 |
| 125 | Fantasy Garden & Life House Store | 2802127 |
| 126 | SH Kitchenware Store | 2802141 |
| 127 | CreativeLiving Store | 2803146 |
| 128 | Kitchen Daily Store | 2814034 |
| 130 | Convenient Shop Store | 2815029 |
| 131 | Caledonialove Store | 2837115 |
| 132 | Mfkdd Store | 2841028 |
| 133 | Whan Song Store | 2844048 |

| 135 | Homes&Gardens supplies wholesales Store | 2857015 |
| 136 | Eastshape DIYDIES Store | 2857035 |
| 137 | Good Groceries Store | 2882111 |
| 138 | MIAONV Store | 2885134 |
| 139 | FQ Party Store | 2885219 |
| 140 | Winzwon Kitchen Store | 2901123 |
| 141 | VK Kitchen Supplies Store | 2901242 |
| 143 | Beloved Pets Products Store | 2906146 |
| 144 | Beautiful House,Beautiful Life Store | 2912018 |
| 145 | OHFELIC HOUSE Store | 2925081 |
| 146 | LetUWell Store | 2934079 |
| 147 | ShenZhen DZ Store | 2937069 |
| 148 | Uniturcky Store | 2938066 |
| 149 | Beautiful Life house improvement Store | 2939020 |
| 150 | Fypo Store | 2943237 |
| 151 | Wisedom House Store | 2947153 |
| 153 | We Are Princesses Store | 2951086 |
| 154 | Timtop Tool Store | 2951144 |
| 155 | Daily Handcraft Store | 2953152 |
| 156 | Yaya house Store | 2954228 |
| 157 | KE YIN Store | 2955076 |
| 158 | Your Lifestyle Store | 2956255 |
| 159 | Good life, day day up Store | 2958195 |
| 160 | GOUGU Official Store | 2959270 |
| 161 | Zakk Store | 2961267 |
| 162 | Shop2962068 Store | 2962068 |
| 163 | Petworld Store | 2963133 |
| 164 | VDHJUK Store | 2970028 |
| 165 | WNF Store | 2970091 |
| 166 | biaogege Store | 2971026 |
| 167 | xiaohuouba Store | 2974029 |
| 168 | Eatscotta Store | 2993008 |
| 169 | YeBetter Store | 2995033 |
| 170 | MicroHome Store | 3000082 |
| 171 | Your Life Assistant Store | 3001065 |
| 173 | zophil Official Store | 3041042 |
| 174 | light xian dai Store | 3045020 |
| 175 | Shop3086056 Store | 3086056 |
| 176 | Homemall Store | 3086122 |

| 177 | Lucker kitchen Store | 3100002 |
|-----|---------------------|---------|
| 178 | Cha Cha Store | 3101020 |
| 179 | Winzwon Official Store | 3104018 |
| 181 | mo gao Store | 3111037 |
| 182 | SJ Silicone Molds Official Store | 3114062 |
| 183 | All Laugh Is Marvels Store | 3119024 |
| 184 | HomeProducts Factory Store | 3131007 |
| 185 | Zoe's Little Store | 3135014 |
| 186 | LM BeautyLife Store | 3175022 |
| 187 | Festiva Decor Store | 3189001 |
| 188 | Characteristic Life Store | 3198065 |
| 189 | Creating Comfortable Ho-me&Garden Store | 3204027 |
| 190 | GZTZMY Decorate Store | 3205052 |
| 191 | WaKaWaka House Store | 3207012 |
| 192 | For Beloved Store | 3207130 |
| 193 | Nosii Franchised Store | 3217109 |
| 194 | Simplife Store | 3221100 |
| 195 | Comfortable Your life Store | 3221107 |
| 196 | Kitchen & Garden World Store | 3222033 |
| 197 | Brunch Lifestyle Store | 3239033 |
| 198 | Lojes Kitchenware Store | 3242067 |
| 199 | Life you Store | 3243064 |
| 200 | U&I&relax Store | 3244045 |
| 201 | Friendship Close Distance Store | 3253094 |
| 202 | TEENRA Kitchenware Store | 3275016 |
| 203 | ddytools Store | 3279038 |
| 204 | winnereco Store | 3339003 |
| 205 | Cheapest Store | 3378011 |
| 206 | KitchenMall Store | 3402012 |
| 207 | Enjoyable House Store | 3407015 |
| 208 | Kitchen Daily Supplies Store | 3413016 |
| 209 | Qookiee Store | 3474032 |
| 210 | NewLifeHOME Store | 3474057 |
| 211 | I Life Store | 3480019 |
| 212 | Memorable Store | 3480023 |
| 213 | lifebar Store | 3482009 |
| 214 | GiveMeaSmile Store | 3499006 |
| 215 | Hom Accessories SUOTPHM Store | 3507099 |
| 217 | KISSHOME Store | 3511029 |

| 218 | Sunforces Homes Store | 3519022 |
|---|---|---|
| 220 | Ally Fun Store | 3521049 |
| 221 | Kitchen Dreamer Store | 3522019 |
| 222 | Shop3563006 Store | 3563006 |
| 224 | EZ Housework Store | 3587005 |
| 225 | Yiwu Good Life Store | 3594002 |
| 226 | Shop3613016 Store | 3613016 |
| 227 | ULKNN GEFEI Store | 3615071 |
| 228 | jin1956 Store | 3616130 |
| 229 | Dropship Hotsale Store | 3617125 |
| 230 | Shop3620115 Store | 3620115 |
| 231 | WSOMIGO GO Store | 3621116 |
| 232 | zhiyuan Store | 3655019 |
| 233 | LIRUIKA Store | 3667014 |
| 234 | BIUBIUTUA Official Store | 3668043 |
| 235 | Unibird Chef Kitchen Store | 3670117 |
| 236 | Good Storage Store | 3671025 |
| 237 | Plenty Funsein Store | 3674019 |
| 238 | Chinatown Kitchen Store | 3675004 |
| 239 | Believer Store | 3676003 |
| 240 | zhangsidong555 Store | 3676031 |
| 241 | SYTH Life Store | 3677009 |
| 242 | DLYLDQH LILI Store | 3678116 |
| 243 | justdolife direct Store | 3682047 |
| 244 | Leading Quality Life Store | 3683041 |
| 245 | Persevere Store | 3685066 |
| 246 | qiming1 Store | 3686071 |
| 247 | cicihome Store | 3695003 |
| 248 | Shop3734034 Store | 3734034 |
| 249 | Shaoye's Store | 3748001 |
| 251 | longming29 Store | 3851039 |
| 252 | xizhai03 Store | 3857094 |
| 253 | XIZHAI02 Store | 3859056 |
| 254 | Jasmylife Cosy Store | 3860034 |
| 255 | YouSanHome Store | 3861002 |
| 256 | XIZHAI01 Store | 3867049 |
| 257 | Shop3868056 Store | 3868056 |
| 258 | XIZHAI04 Store | 3869077 |
| 259 | longming1 Store | 3870028 |

| 260 | SZ361's Store | 3875079 |
| 261 | Distant people Runda Store | 3875094 |
| 262 | Anpro Online Store | 3882005 |
| 263 | lingeafey our life Store | 3888042 |
| 264 | U-Miss Creative kitchen Store | 3899045 |
| 265 | AIBUTY Store | 3938008 |
| 266 | immortal monkey wx Store | 3940011 |
| 267 | Shop3968002 Store | 3968002 |
| 268 | Shop3972007 Store | 3972007 |
| 269 | Tools Buybest Store | 3973001 |
| 270 | Shop4002005 Store | 4002005 |
| 271 | JPZYLFKZL Store | 4031093 |
| 272 | Hom Life Center Store | 4033065 |
| 273 | tangtang Good quality of life Store | 4034081 |
| 274 | Hot TV show Store | 4037067 |
| 275 | Creative Garden Store | 4039009 |
| 276 | SEELEI Life Store | 4042001 |
| 277 | Warm Ho-me Store | 4044060 |
| 278 | Sharly- Tool Part Store | 4046060 |
| 279 | Lifestyle0 Store | 4048099 |
| 280 | J&F Drinkware Store | 4049014 |
| 281 | KISS MY BABY Store | 4051033 |
| 282 | THIS ME Store | 4053022 |
| 283 | Houselife Store | 4055061 |
| 284 | Meow Meow life Store | 4056068 |
| 285 | kalazo Store | 4058042 |
| 286 | XIZHAI05 Store | 4077002 |
| 287 | YFWTH Factory Store | 4098001 |
| 288 | Octavia Store | 4131003 |
| 289 | Textile & kitchen Store | 4184019 |
| 290 | Uncle TOM Kitchen Store | 4187010 |
| 291 | XIZHAI06 Store | 4188001 |
| 292 | LuckyJiang Store | 4201025 |
| 293 | Shop4223042 Store | 4223042 |
| 294 | Ho-me & Ga-rden & Fur-niture Franchise store Store | 4224005 |
| 295 | Shop4233035 Store | 4233035 |
| 296 | Beautiful-Homes Store | 4237020 |
| 297 | Ho-me & Garden Store | 4242021 |
| 298 | Shop for Your Life Store | 4244002 |

| 299 | Homelink WT Store | 4261009 |
| 300 | Go2buy Store | 4274018 |
| 301 | I-Kitchen Store | 4286072 |
| 302 | LF Sxsounai Homeasy Store | 4288020 |
| 303 | HHUKSA Specoality Store | 4288059 |
| 304 | tinohome Store | 4291038 |
| 305 | SaiZhi kitchen Store | 4345002 |
| 306 | Shop4359009 Store | 4359009 |
| 307 | Homelike Life Store | 4366016 |
| 308 | Today is a Gift Store | 4368010 |
| 309 | EPPE Store | 4373118 |
| 310 | LM 0515 0512 Store | 4374097 |
| 311 | Romantic life Store | 4375021 |
| 312 | ODIFAN Store | 4376029 |
| 313 | Jamescastle Store | 4383084 |
| 314 | adorn your house Store | 4389088 |
| 315 | Boutique of small bones Store | 4391065 |
| 316 | ZSE Store | 4398105 |
| 317 | Shop4399060 Store | 4399060 |
| 318 | Quickdoit Store | 4401033 |
| 319 | Colourful & Life Store | 4406229 |
| 320 | YiwumartHome Store | 4411165 |
| 321 | Orders(8888) Store | 4412205 |
| 322 | Bontec Dreamer Store | 4416009 |
| 323 | Legends Pets House Store | 4416029 |
| 324 | Letuzi Store | 4417117 |
| 325 | Dreaming Stars House Store | 4419135 |
| 326 | Shop4419219 Store | 4419219 |
| 327 | Dropshipping VIP Store | 4419237 |
| 328 | 24hour life Store | 4427236 |
| 329 | Meetbest Life Store | 4429047 |
| 330 | Runfon Store | 4429070 |
| 331 | Fily Way X Store | 4429225 |
| 332 | MY Wonnabuy Store | 4430174 |
| 333 | Cs House Lifestyle Store | 4435051 |
| 334 | TV Dropshipping Store | 4435172 |
| 335 | Lovinland Store | 4449029 |
| 336 | DLoveHome Store | 4453034 |
| 337 | ComeOn Beautiful Life Store | 4470003 |

| 338 | misskiki Store | 4475112 |
| 339 | FUNRY LightYou Store | 4479064 |
| 340 | Shop4485013 Store | 4485013 |
| 341 | Market Store | 4488009 |
| 342 | Shop4488052 Store | 4488052 |
| 343 | Homezara Store | 4493032 |
| 344 | Shop4499025 Store | 4499025 |
| 345 | monokweepjy Pink Life Store | 4501005 |
| 347 | inchinama Store | 4518019 |
| 348 | LDASQDD Store | 4521006 |
| 349 | Jeason777 Store | 4531023 |
| 350 | Runfon house Store | 4539035 |
| 351 | Lifegugu Store | 4541010 |
| 352 | ACEBON Kitchenware Store | 4559006 |
| 353 | Shop4562030 Store | 4562030 |
| 354 | Shop4568045 Store | 4568045 |
| 355 | Shop4570025 Store | 4570025 |
| 356 | Teamwin Store | 4575029 |
| 357 | A Cozy Store | 4587031 |
| 358 | Shop4607024 Store | 4607024 |
| 359 | Dropship kitchen Store | 4614003 |
| 360 | Shop4621004 Store | 4621004 |
| 361 | Yangmin Camping Store | 4630009 |
| 362 | MiDM Houseware Store | 4636019 |
| 363 | Tome Dropshipping Store | 4638047 |
| 364 | Lovehome Factory Store | 4639105 |
| 365 | VCTECH Global Direct Store | 4647153 |
| 366 | WORLOOK Store | 4649169 |
| 367 | Shop4650139 Store | 4650139 |
| 368 | House & Garden Art Store | 4654089 |
| 369 | Shop4655044 Store | 4655044 |
| 370 | JUHOME3 Store | 4656019 |
| 371 | Life Wonder Store | 4658116 |
| 372 | MARX GXG Store | 4661098 |
| 373 | Winnereco GlobalHome Tool Store | 4662048 |
| 374 | LifeMelody Store | 4663071 |
| 375 | Romanticcc Life Store | 4669064 |
| 376 | Vitamin Store | 4677046 |
| 377 | Globe Home Best Shopping Store | 900041003 |

| | | |
|---|---|---|
| 378 | Globe Home Improvement Best Shopping Store | 900062001 |
| 379 | luckystar shop | A1005L22AXD1C6 |
| 380 | Hanakern | A11J9L6PVKQFB5 |
| 381 | Galaxy Shop US | A11T8XH9A7H075 |
| 382 | Auggie Ta | A12F5R7QU00O9U |
| 383 | 8th team network technology co. LTD | A12FSRQMCXA5CS |
| 384 | TMAX HOME | A13RYR1DOXIKZ5 |
| 385 | Wistron | A16SW95GDHQUQW |
| 386 | Cidelietti Gadget Shop | A195PL7WMKFVRT |
| 387 | Chimexlog | A19EP54HSVN8G5 |
| 388 | Helen's little store | A19Z82KLKQ5QH5 |
| 389 | Kaczmarek | A1A7EBJ8LKQ1SV |
| 390 | OLYA STORE | A1BAJ3T89PDTW4 |
| 391 | Labu Store | A1EFTOGAHWG4ZS |
| 392 | Rabbica | A1FIYAWJWGS2LH |
| 393 | Chicbabe | A1H6MTXCY6OR4V |
| 394 | Juhaich-US | A1HV45TVX3ZOHP |
| 395 | Chipsua | A1I01S2CKFFCKA |
| 396 | violetkent | A1IB7RMMOWBOCY |
| 397 | Epple | A1IQZGZ8Q298A2 |
| 398 | GoldenStars (US) | A1LQ9A9Z9SIKMH |
| 399 | DCMM | A1N811GP22C19O |
| 400 | QuanTon | A1RHNM5D15RDFH |
| 401 | PFFY | A1S586KIQKUSY9 |
| 402 | Sharon Larkin | A1SG4YJRGSDFXA |
| 403 | Beautyer | A1SMTP2TAXAHY2 |
| 404 | Dofranmigo | A1TL9OXMPG4WW2 |
| 405 | ESEOE | A1UE02PUBMEUCZ |
| 406 | Markus Store | A1VV2O04XVYA72 |
| 407 | Lavender Emma | A1WVNNIH82DWRG |
| 409 | antiyar4289 | A1Z85BZSX0308T |
| 410 | Marcus Éric | A22HLAOJLLV4PH |
| 411 | ULpower | A232U8XH3E97F2 |
| 412 | PromitionA | A278NFS7YNSKJQ |
| 413 | Den wul | A27FBB9J0ARIC9 |
| 414 | Spaceling | A27JJ8LHOURBQ1 |
| 415 | Codream | A27KG7AUKC8S58 |
| 416 | AXRASER | A27O568I0GPQJ9 |
| 418 | Utility Products® | A29NJJQHX1PDIY |

| 419 | AMAZInthapuj | A29ZPC897IU6GB |
| 420 | Catherine Sheridan | A2BEZ4O9M1EZHR |
| 421 | bigdiscountLLC | A2DDPWQ21WHGBV |
| 422 | Joly Joy | A2GDB20VDN1GVO |
| 423 | Gold Happy | A2GPYXZWFHL3C6 |
| 424 | Shopbaby68 | A2GXP4F22RYHUR |
| 425 | Eko Mina | A2MJJBRFDLNBR5 |
| 426 | SunT-home | A2NVFOAHU8VG2I |
| 427 | Marolaya | A2P72YRBMDG1HR |
| 428 | nguyen hoang long | A2PDSRDVW2YBD4 |
| 429 | VIGAN STORE | A2SZ2XUISXA5WL |
| 430 | pursuit-of-self | A2T44OZLUO6853 |
| 431 | Miss Home | A2ULVLDLO78919 |
| 432 | Capcha Shop | A2WA2ZQG3EZQY6 |
| 434 | Kies'Kitchen | A2YR0XNMQ005Q |
| 435 | KUNHANH | A2YSE4XUUJ9TVV |
| 436 | Shirley Reid | A2Z1XZ4P68CGTI |
| 437 | Lucky Bridge | A2ZBG5VW7SZ6V2 |
| 438 | duoteruimaoyi | A300VMO8QV8E7F |
| 439 | Lau-techco | A34NN4B4S052IV |
| 440 | Fuyamp | A36M8VQKVHH9YM |
| 441 | WarmM | A37DBOFF0KRVOZ |
| 442 | LeLoi Company | A38ZLBNXMKQF9I |
| 443 | Kookea | A3A20TJYPV5BL5 |
| 444 | Frympg | A3AVW19LDNN3PH |
| 445 | Tesi technology | A3C4S2HQIN9US7 |
| 446 | Zonsky | A3CVF9U4QV5H7L |
| 448 | LikeToHome | A3GQTPT2WWGOD5 |
| 449 | V-Best | A3H0Q6DIV2IWA2 |
| 450 | T-H-A | A3KHLWADBGSYI3 |
| 452 | THALEE | A3LY66QJCI7M9Z |
| 453 | Lenkasia's Store JS | A3M51P0MNJ6KV8 |
| 454 | Websun | A3MIYHOVK2SGOF |
| 456 | VANGAY | A3OL1RNS1V8ZR9 |
| 457 | Beymill | A3OW64ZN23NJD7 |
| 458 | CaoBang | A3RTTA68UN3ZFF |
| 460 | Tomeco | A3UNYQ0XSN5CJN |
| 462 | Green Valley 113 | A4U64OMD5FJ6R |
| 463 | Cute-Shop | A7314M0DUQFVK |

| 464 | Star★Shopinc | A9GNSMRMFLYFY |
| 465 | JenniferPham | A9WVQZAMPERCA |
| 466 | Aromdeeshoping | AAUG6JXMBYSOQ |
| 467 | MARIAHANAN | ABHME77HEP2KV |
| 468 | Annstory-us | ABP1PVSV44MMO |
| 469 | LotusTrends | ABRSAGGXG3BGG |
| 470 | JulzzStore | ADXZPYQZM3RG5 |
| 471 | Salasinger-US | AEF2MB2OMVREV |
| 472 | DingHeng | AFHD4JEOWZ7IK |
| 473 | John_Kendy | AGEKDO84174M |
| 474 | UBILILI | AHRB7AXPZFFMQ |
| 475 | SPEED SALE | AKG196AX1LON9 |
| 476 | Khadem | ALCVDE266E36G |
| 477 | shijiazhuanghaichengshangmaoyouxiangongsi | AMIPTBDA4E6HC |
| 478 | Pinkoi | ANAWVB4OUYUR6 |
| 479 | Anna Vic | ANUA5N08LXQGN |
| 480 | dsed4323 | AOI86FMNHRBBX |
| 481 | IBabylike | AQQKYFG4R3T40 |
| 482 | Yongsee US | AT41AKGECWQ6V |
| 483 | Aliday Holiday | AU6PTQ2KC1NYI |
| 484 | S'ELITE | AXZP8CWNVQA9J |
| 486 | *gbshop* | *gbshop* |
| 487 | *handy-trendy* | *handy-trendy* |
| 488 | 2009shoppingmall | 2009shoppingmall |
| 489 | 2010butterfly001 | 2010butterfly001 |
| 490 | 2012smiling | 2012smiling |
| 491 | 2015cnrongg | 2015cnrongg |
| 492 | 2018hezhaoxinfeng1 | 2018hezhaoxinfeng1 |
| 493 | 3buy564 | 3buy564 |
| 494 | 9trading | 9trading |
| 495 | abderrazaoudin_0 | abderrazaoudin_0 |
| 496 | advertising-us | advertising-us |
| 497 | aircooledhouzz | aircooledhouzz |
| 498 | alt_home_and_garden | alt_home_and_garden |
| 499 | alvpe_45 | alvpe_45 |
| 500 | amel9450-zmchvak | amel9450-zmchvak |
| 501 | anglebabylife | anglebabylife |
| 502 | aquapina | aquapina |
| 503 | arako67 | arako67 |

| | | |
|---|---|---|
| 504 | auaut | auaut |
| 505 | beauty-2009-5 | beauty-2009-5 |
| 506 | besda2018 | besda2018 |
| 507 | bessky_star | bessky_star |
| 508 | bestchoicegadget-au | bestchoicegadget-au |
| 509 | besthomestore18 | besthomestore18 |
| 510 | bettershop01 | bettershop01 |
| 511 | betterstore2011 | betterstore2011 |
| 512 | bigfallsfashion | bigfallsfashion |
| 513 | bigleaguebargains | bigleaguebargains |
| 514 | business.hg4_0 | business.hg4_0 |
| 515 | buy-mania | buy-mania |
| 516 | buyeasy-de | buyeasy-de |
| 517 | cargon_99 | cargon_99 |
| 518 | ccbjuly_1 | ccbjuly_1 |
| 519 | chenyoumarket | chenyoumarket |
| 520 | chuangmao | chuangmao |
| 521 | cindia | cindia |
| 522 | cnzhong.uzbtx0o | cnzhong.uzbtx0o |
| 523 | cooking_tools | cooking_tools |
| 524 | coolingline | coolingline |
| 525 | crazygirls | crazygirls |
| 526 | der_beste | der_beste |
| 527 | dondon24 | dondon24 |
| 528 | donowen_0 | donowen_0 |
| 529 | dopy1981 | dopy1981 |
| 530 | dose_of_deals | dose_of_deals |
| 531 | dreamershop | dreamershop |
| 532 | eastz2016 | eastz2016 |
| 533 | ebuy_fashionow | ebuy_fashionow |
| 534 | elior000 | elior000 |
| 535 | ellexmoving | ellexmoving |
| 536 | environmental2000 | environmental2000 |
| 538 | fansfuny | fansfuny |
| 539 | fashion-jewelry-home | fashion-jewelry-home |
| 540 | finding-wholesale88 | finding-wholesale88 |
| 541 | fowemh | fowemh |
| 542 | freestyleshopgo | freestyleshopgo |
| 543 | gardensupplies_online17 | gardensupplies_online17 |

| 544 | gboyjerry-7 | gboyjerry-7 |
|-----|------------|-------------|
| 545 | good365 | good365 |
| 546 | goodtops165 | goodtops165 |
| 547 | happybestdeals2018 | happybestdeals2018 |
| 548 | happydealyou | happydealyou |
| 549 | homechoice_sky | homechoice_sky |
| 550 | houronggroup | houronggroup |
| 551 | huawei2014h | huawei2014h |
| 552 | hxw-681111 | hxw-681111 |
| 553 | idealhome2018 | idealhome2018 |
| 554 | ideasshop | ideasshop |
| 555 | ilinkme | ilinkme |
| 556 | iloverosemerry | iloverosemerry |
| 557 | isabellastore | isabellastore |
| 559 | jake25k | jake25k |
| 560 | jerembyrd | jerembyrd |
| 561 | jewelry-beads | jewelry-beads |
| 562 | jian-char | jian-char |
| 563 | jimshop168 | jimshop168 |
| 564 | jonestorept | jonestorept |
| 565 | jvdeals17 | jvdeals17 |
| 566 | kanzezolstore | kanzezolstore |
| 567 | kenyang2010 | kenyang2010 |
| 568 | kimdarlai | kimdarlai |
| 569 | king-sellers | king-sellers |
| 570 | kinosky | kinosky |
| 571 | koyayu_0 | koyayu_0 |
| 572 | kz.store | kz.store |
| 573 | little-price-99 | little-price-99 |
| 574 | liveshao | liveshao |
| 575 | lor-jian | lor-jian |
| 576 | lucky2012075 | lucky2012075 |
| 577 | maidaledailytips | maidaledailytips |
| 578 | mallroom | mallroom |
| 579 | mancytradei | mancytradei |
| 580 | mango-fly | mango-fly |
| 581 | mappy666 | mappy666 |
| 582 | maroon2009 | maroon2009 |
| 583 | merryshop0072011 | merryshop0072011 |

| | | |
|---|---|---|
| 584 | mjlshantoushib | mjlshantoushib |
| 586 | mountain2113 | mountain2113 |
| 587 | mylzhojia | mylzhojia |
| 588 | nicesumer | nicesumer |
| 589 | niuahu1981-6 | niuahu1981-6 |
| 590 | ohdream | ohdream |
| 591 | oldwoolfmarket | oldwoolfmarket |
| 592 | onfine2008 | onfine2008 |
| 593 | orange_global_shop | orange_global_shop |
| 594 | otjg9907 | otjg9907 |
| 595 | ouwholesale | ouwholesale |
| 596 | overhalfsale | overhalfsale |
| 597 | qq1281 | qq1281 |
| 598 | rami2405 | rami2405 |
| 599 | right-online-shopping | right-online-shopping |
| 601 | rosebutton12 | rosebutton12 |
| 602 | rosieshop44you | rosieshop44you |
| 603 | rrssh | rrssh |
| 604 | sellingcheaper909 | sellingcheaper909 |
| 605 | shandejiameicompany | shandejiameicompany |
| 606 | shine.ltd | shine.ltd |
| 608 | shopinstyle | shopinstyle |
| 609 | shopo_ism | shopo_ism |
| 610 | shoppingwithana | shoppingwithana |
| 611 | shortcutsshop | shortcutsshop |
| 612 | smallangelcity | smallangelcity |
| 613 | sshht | sshht |
| 614 | ssmoon | ssmoon |
| 615 | strive_8 | strive_8 |
| 616 | supardusma-0 | supardusma-0 |
| 618 | tadasleni | tadasleni |
| 619 | tinyroon | tinyroon |
| 620 | titkaustore2018 | titkaustore2018 |
| 621 | tm_store | tm_store |
| 622 | tonsee | tonsee |
| 623 | tonsee_best | tonsee_best |
| 624 | tophouesewares | tophouesewares |
| 625 | topoot | topoot |
| 626 | tronicstuff100 | tronicstuff100 |

| | | |
|---|---|---|
| 627 | universal-deal | universal-deal |
| 628 | usa-service | usa-service |
| 629 | usaviralshop | usaviralshop |
| 630 | vivot | vivot |
| 631 | wind-in-summer | wind-in-summer |
| 632 | womartinternationtrade | womartinternationtrade |
| 633 | wshop11 | wshop11 |
| 634 | xincheng882015 | xincheng882015 |
| 635 | xtf2013 | xtf2013 |
| 636 | yourhappyshopping | yourhappyshopping |
| 637 | yuchengoo1 | yuchengoo1 |
| 638 | zhuangworld-8 | zhuangworld-8 |
| 639 | zouxiaoqinjiangxi6804 | zouxiaoqinjiangxi6804 |
| 658 | joomy | 16636211 |
| 659 | Andy | 20283378 |
| 660 | TOPGOOD | 22175464 |
| 661 | bigcompany | 53082ea15aefb07dfe1f2a4f |
| 662 | shenzhentaopandacoltd | 53e70a0f4497c57e3f0a9db3 |
| 663 | fashionbuy88 | 540086197a9eb416e9f2f11c |
| 666 | httpmyaealiexpresscomsellerindexhtm | 551a15f9a3921b0d8090a428 |
| 667 | yiwuchuangtingtradingltd | 551b61874256f40d8c1a3997 |
| 668 | eletronicmall | 5613b80b11efe91d0d2cd20c |
| 669 | 深圳市博鑫鹏锦科技有限公司 | 56443298193a545256c3e13c |
| 670 | amay | 56b0a1b33a698c22745b014c |
| 671 | superstarforever | 56de8ca0aed1661a0d691a01 |
| 672 | fashionet | 56eaad58bb8d776593045913 |
| 673 | ywshy | 56ef9d53e41e6a49313b505d |
| 674 | aifeitechnologycoltd | 5704d6b07e732d58fc8a0ac9 |
| 675 | rainbowtyu | 57105ea714b001592017d0e3 |
| 676 | ashon | 57162d1ba995b57c7ce9711e |
| 677 | worldwindow | 572078d28ec7136a67153c67 |
| 678 | haidi888 | 57343e981f99bf5924c31e08 |
| 679 | cassiopeiabb | 577f827a3c11e6175ad7bb78 |
| 680 | chengang | 57d6a8badbebee101869011f |
| 681 | rayrhay | 57e8da698277f0132003dbe1 |
| 682 | ajinhui | 57ea7715f22a04472ece81aa |
| 683 | llabcshop | 581705a34b239a19609a3a0d |
| 684 | zhangruili | 582189d04ad5641ba6aa30b9 |
| 685 | sui1984 | 5825c14deba4790cb77725cc |

| 686 | quentintin | 582c0b2215914547449b25a2 |
|---|---|---|
| 687 | tidotech | 5850b1221c9ddc5248fc189d |
| 688 | encounterxia71448d5ad31f11e68f6f06ea45a35b52 | 586e012b07a0e64cae9d8fd6 |
| 689 | service0 | 5870a8dff1f65d4d71b63c1c |
| 690 | asecretgarden | 58748c5f1edacf4d53b435d9 |
| 691 | ganglian1989 | 58749d3d0e230b22ceab6284 |
| 692 | cinderellacastle | 5875883bdfa6bc093fff4d9a |
| 693 | worlddreamshop | 58a4093ce157930f432f5515 |
| 694 | honeey | 58b6e0da82c445505bac1813 |
| 696 | xujuanjuan | 58c4b6c3f556f0505e3c9876 |
| 698 | prettyia | 58d0eaa478bdec15732c1f6a |
| 699 | dressdealforu | 58d4e8519ca6ed15bddcff94 |
| 700 | niuxuahua | 58d92a275b2e625343227d50 |
| 701 | saler0328 | 58da5ab73dc5e354155dd54a |
| 702 | kwhite2334 | 58ee2b6fe0ac98226624495d |
| 703 | lianfen02666 | 590051b61d98d71118c837a9 |
| 704 | yellowmimi | 5915adede9b56c42b193f01d |
| 705 | getthai | 592448b908738f227b3d624a |
| 707 | truefriend | 5943861fc250810e8d2770e0 |
| 708 | kaibozaite | 59438e02f5978a2db63a34bd |
| 710 | mermaid520 | 59535d64f8bae13920c8dda2 |
| 711 | haidi891 | 5979c9b4eea5c5072f486166 |
| 712 | dshgfkjj888 | 59eefef572765361c19a27ac |
| 713 | megiodve | 59fa86b5471c144282f112fb |
| 714 | beautycoffee | 59ffd6989fbc510f448dda37 |
| 715 | mibose | 5a13eea9e65033737235fabf |
| 716 | rogered | 5a1e715e7a4f3b29d440fc37 |
| 717 | huayi2018 | 5aa73ad16be8733a35da9c58 |
| 718 | Assyrian | Assyrian |
| 719 | Benryhome | Benryhome |
| 720 | BoutechShop_ | BoutechShop_ |
| 721 | DomVespa | DomVespa |
| 722 | DVCtech | DVCtech |
| 723 | Emelybacelor | Emelybacelor |
| 724 | eraffa | eraffa |
| 725 | EZLazyLife | EZLazyLife |
| 726 | kckiki | kckiki |
| 727 | lowest_first | lowest_first |
| 728 | mantauskas | mantauskas |

| 729 | premiumquality4you | premiumquality4you |
|-----|--------------------|--------------------|
| 730 | reqo | reqo |
| 731 | TomasJ8 | TomasJ8 |
| 732 | trust100 | trust100 |
| 733 | zigatos19 | zigatos19 |