# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

Crave Products, Inc.           )
                                        )      Case No. 1:19-cv-1765
v.                              )
                                        )      Judge: Hon. Gary Feinerman
THE PARTNERSHIPS and            )
UNINCORPORATED ASSOCIATIONS    )      Magistrate: Hon. Susan E. Cox
Hon. IDENTIFIED ON SCHEDULE "A" )
                                        )

## SATISFACTION OF JUDGEMENT

Plaintiff, in accordance with FRCP 60(b)(5), having reached a post-default settlement agreement with the Doe Defendants listed below:

| Doe | Store Name | Store ID |
|-----|------------|----------|
| 537 | etbas_0 | etbas_0 |
| 617 | t0m08 | t0m08 |
| 661 | bigcompany | 53082ea15aefb07dfe1f2a4f |

dismisses them from the suit with prejudice.

Dated this 28th Day of July, 2019.      Respectfully submitted,

                                                            By:    s/David Gulbransen/
                                                                   David Gulbransen
                                                                   Attorney of Record
                                                                   Counsel for Plaintiff

                                                                  David Gulbransen (#6296646)
                                                                  Law Office of David Gulbransen
                                                                  805 Lake Street, Suite 172
                                                                  Oak Park, IL 60302
                                                                  (312) 361-0825 p.
                                                                  (312) 873-4377 f.
                                                                  david@gulbransenlaw.com