IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Crave Products, Inc. ) | |
| ) | Case No. 1:19-cv-1765 |
| v. ) | |
| ) | Judge: Hon. Gary Feinerman |
| THE PARTNERSHIPS and ) | |
| UNINCORPORATED ASSOCIATEIONS ) | Magistrate: Hon. Susan E. Cox |
| Hon. IDENTIFIED ON SCHEDULE "A" ) | |
| ) | |

AGREED MOTION TO VACATE AND DISMISS

Plaintiff and Doe Defendant No. 381, "Galaxy Shop US," Seller ID A11T8XH9A7H075, an Amazon storefront owned by Shenzhen Zengshichuangyi WujinDianzi Youxiangongsi ("Wujin Dianzi") agree to vacate the Final Judgement as it applies to Wujin Dianzi and dismiss Wujin Dianzi from this suit with prejudice.

Dated this 7th Day of October 2019            Respectfully submitted,


By:      s/David Gulbransen/
         David Gulbransen
         Attorney of Record
         Counsel for Plaintiff

         David Gulbransen (#6296646)
         Law Office of David Gulbransen
         Counsel for Plaintiff
         805 Lake Street, Suite 172
         Oak Park, IL  60302
         (312) 361-0825 p.
         (3122) 873-4377 f.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **Crave Products, Inc.** ) | |
| ) | Case No. 1:19-cv-1765 |
| v. ) | |
| ) | Judge: Hon. Gary Feinerman |
| **THE PARTNERSHIPS and** ) | |
| **UNINCORPORATED ASSOCIATEIONS** ) | Magistrate: Hon. Susan E. Cox |
| **Hon. IDENTIFIED ON SCHEDULE "A"** ) | |
| ) | |

[Proposed] ORDER

The Final Judgement Order [45], issued July 16, 2019, is hereby

**VACATED** as it applies to Defendant No. 381, "Galaxy Shop US," Seller ID A11T8XH9A7H075, an Amazon storefront owned by Shenzhen Zengshichuangyi WujinDianzi Youxiangongsi, and

this Defendant is hereby **DISMISSED** from this suit, with prejudice.

**IT IS SO ORDERED.**

Dated: \_\_\_\_ Day of October 2019

_____
U.S. District Court Judge Hon. Gary Feinerman