# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Crave Products, Inc. ) | |
| ) | Case No. 1:19-cv-1765 |
| v. ) | |
| ) | Judge: Hon. Gary Feinerman |
| THE PARTNERSHIPS and ) | |
| UNINCORPORATED ASSOCIATIONS ) | Magistrate: Hon. Susan E. Cox |
| Hon. IDENTIFIED ON SCHEDULE "A" ) | |
| ) | |

## SATISFACTION OF JUDGEMENT

Plaintiff, in accordance with FRCP 60(b)(5), having reached a post-default settlement agreement with the Doe Defendants listed below:

| Doe | Store Name | Store ID | |
|---|---|---|---|
| 3 | bjmy | bjmy | casy@shundarubber.com |
| 15 | tourism | tourism | emmaguo@hwmy99.com |
| 16 | tresunenterprise | 60818407349 | et@tresunchina.com |
| 55 | FATION JEWELRY STORE | 1487452 | zyth6699@outlook.com |
| 58 | Shenzhen Supermarket | 1544143 | lighting198@outlook.com |
| 67 | Sweet dream family center98 | 1752437 | center98@outlook.com |
| 70 | T-Best Fashion Beauty Company | 1766187 | topfull02@outlook.com |
| 73 | unexpected shopping heaven Store | 1805827 | bigtom8@outlook.com |
| 76 | Jessic June Botique Store | 1833536 | konghong@outlook.com |
| 82 | Angels House Store | 1942583 | 1036576601@qq.com |
| 90 | Memories of youth 2628 Store | 1996136 | joneshopt@outlook.com |
| 96 | welford Official Store | 2139236 | m13567060619@163.com |
| 104 | living FUHO Store | 2346105 | vwsxlp@126.com |
| 131 | Caledonialove Store | 2837115 | caledonialove@163.com |
| 134 | JiaSam Store | 2849034 | uckxipdna26043@163.com |
| 135 | Homes&Gardens supplies wholesales Store | 2857015 | mdqueer@outlook.com |
| 141 | VK Kitchen Supplies Store | 2901242 | beginning2017@126.com |
| 144 | Beautiful House,Beautiful Life Store | 2912018 | tepieshe@outlook.com |
| 156 | Yaya house Store | 2954228 | zgassdfs@outlook.com |
| 158 | Your Lifestyle Store | 2956255 | erirnxc@outlook.com |

| 159 | Good life, day day up Store | 2958195 | zdfcxxz@outlook.com |
|---|---|---|---|
| 161 | Zakk Store | 2961267 | lfgndsmn@sina.com |
| 165 | WNF Store | 2970091 | 13738178684@163.com |
| 169 | YeBetter Store | 2995033 | qbcxzwy@163.com |
| 176 | Homemall Store | 3086122 | jdfdhs@sina.com |
| 178 | Cha Cha Store | 3101020 | aqpowet@outlook.com |
| 183 | All Laugh Is Marvels Store | 3119024 | fughjky@sina.com |
| 184 | HomeProducts Factory Store | 3131007 | m17316332958@163.com |
| 185 | Zoe's Little Store | 3135014 | ydiwdhef@outlook.com |
| 188 | Characteristic Life Store | 3198065 | dfhdfhkfdf@163.com |
| 189 | Creating Comfortable Ho-me&Garden Store | 3204027 | qpudhe@outlook.com |
| 192 | For Beloved Store | 3207130 | xdaeyjk@163.com |
| 195 | Comfortable Your life Store | 3221107 | xshcgf@sina.com |
| 196 | Kitchen & Garden World Store | 3222033 | olivia_315@foxmail.com |
| 200 | U&I&relax Store | 3244045 | buyhcvx@163.com |
| 201 | Friendship Close Distance Store | 3253094 | howbay@sina.com |
| 202 | TEENRA Kitchenware Store | 3275016 | 13421359904@163.com |
| 29 | Holyhome Store | 527270 | heavenstore8@gmail.com |
| 48 | pickupit | 1327101 | pickupit@126.com |
| 51 | Common Truth | 1380874 | zipfiremen123@126.com |
| 208 | Kitchen Daily Supplies Store | 3413016 | improvesvk2017@126.com |
| 351 | Lifegugu Store | 4541010 | zengshaowei2018@126.com |
| 37 | Saim Store | 1056006 | 1561500981@qq.com |
| 88 | baffect Official Store | 1968217 | 859993494@qq.com |
| 262 | Anpro Online Store | 3882005 | asulice@outlook.com |
| 348 | LDASQDD Store | 4521006 | lvdaosales043@163.com |
| 349 | Jeason777 Store | 4531023 | lvdaosales040@163.com |
| 390 | OLYA STORE | A1BAJ3T89PDTW4 | olyahongnguyen@gmail.com |
| 392 | Rabbica | A1FIYAWJWGS2LH | xzp1558@aliyun.com |
| 411 | ULpower | A232U8XH3E97F2 | Loftwellsiow6@outlook.com |
| 420 | Catherine Sheridan | A2BEZ4O9M1EZHR | djoeuer@outlook.com |
| 460 | Tomeco | A3UNYQ0XSN5CJN | huyenlt.nda@gmail.com |
| 464 | Star★Shopinc | A9GNSMRMFLYFY | emtenla86@gmail.com |
| 465 | JenniferPham | A9WVQZAMPERCA | huyndainew@gmail.com |
| 484 | S'ELITE | AXZP8CWNVQA9J | nhatminh.doannguyen@mail.ru |
| 663 | fashionbuy88 | 540086197a9eb416e9f2f11c | fashionbuy88@gmail.com |

| | | | |
|---|---|---|---|
| 664 | 公狼网络科技有限公司 | 544867549719cd33de1048d5 | wxf_glkj496@163.com |
| 665 | 美汇达网络/glkj009 | 544e0e515f313f775678e9e4 | yansuxian@gonglangelec.com |
| 669 | 深圳市博鑫鹏锦科技有限公司 | 56443298193a545256c3e13c | nihaowio@outlook.com |
| 670 | amay | 56b0a1b33a698c22745b014c | 2397080528@qq.com |
| 671 | superstarforever | 56de8ca0aed1661a0d691a01 | kepuwang@yeah.net |
| 673 | ywshy | 56ef9d53e41e6a49313b505d | ywshy@hotmail.com |
| 675 | rainbowtyu | 57105ea714b001592017d0e3 | chenlinbetter@yahoo.com |
| 676 | ashon | 57162d1ba995b57c7ce9711e | 3415811923@qq.com |
| 678 | haidi888 | 57343e981f99bf5924c31e08 | haidi8882851099225@163.com |
| 681 | rayrhay | 57e8da698277f0132003dbe1 | pomelo55@outlook.com |
| 682 | ajinhui | 57ea7715f22a04472ece81aa | 3302896745@qq.com |
| 683 | llabcshop | 581705a34b239a19609a3a0d | onebuycart@aliyun.com |
| 688 | encounterxia71448d5ad31f11e68f6f06ea45a35b52 | 586e012b07a0e64cae9d8fd6 | 17134343945@163.com |
| 691 | ganglian1989 | 58749d3d0e230b22ceab6284 | 3103154897@qq.com |
| 696 | xujuanjuan | 58c4b6c3f556f0505e3c9876 | xujuanjuanxz@126.com |
| 697 | jellydoll | 58c6abf06a2537508b6fa0fe | jellydoll757@outlook.com |
| 699 | dressdealforu | 58d4e8519ca6ed15bddcff94 | geralekitty@gmail.com |
| 700 | niuxuahua | 58d92a275b2e625343227d50 | niuxuahuatt@126.com |
| 703 | lianfen02666 | 590051b61d98d71118c837a9 | lianfen02666@sina.cn |
| 705 | getthai | 592448b908738f227b3d624a | rrfhyrutruttr@outlook.com |
| 706 | dragonflyu | 5932139451097e257825b27e | dragonflyu@sina.com |
| 708 | kaibozaite | 59438e02f5978a2db63a34bd | kdhanwm@sina.com |
| 709 | phiess | 59479853134b356cf2929ca1 | phiess@163.com |
| 713 | megiodve | 59fa86b5471c144282f112fb | haydengeerdes457@gmail.com |
| 715 | mibose | 5a13eea9e65033737235fabf | leroyhazelwood387@gmail.com |
| 716 | rogered | 5a1e715e7a4f3b29d440fc37 | maeganremboldurt54@gmail.com |

3

dismisses them from the suit with prejudice.

Dated this 23rd Day of October 2019.   Respectfully submitted,

By:    s/David Gulbransen/
David Gulbransen
Attorney of Record
Counsel for Plaintiff

David Gulbransen (#6296646)
Law Office of David Gulbransen
805 Lake Street, Suite 172
Oak Park, IL 60302
(312) 361-0825 p.
(312) 873-4377 f.
david@gulbransenlaw.com