# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

Crave Products, Inc.　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　)　　Case No. 1:19-cv-1765
v.　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　)　　Judge: Hon. Gary Feinerman
THE PARTNERSHIPS and　　　　　　　　　　　)
UNINCORPORATED ASSOCIATIONS　　　　　　　)　　Magistrate: Hon. Susan E. Cox
Hon. IDENTIFIED ON SCHEDULE "A"　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　)

## SATISFACTION OF JUDGEMENT

Plaintiff, in accordance with FRCP 60(b)(5), having reached a post-default settlement agreement with the Doe Defendants listed below:

| Doe | Store Name | Store ID |
|---|---|---|
| 153 | We Are Princesses Store | 2951086 |
| 358 | Shop4607024 Store | 4607024 |
| 360 | Shop4621004 Store | 4621004 |
| 370 | JUHOME3 Store | 4656019 |

dismisses them from the suit with prejudice.

Dated this 8th Day of November 2019.　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　By:　　　s/David Gulbransen/
　　　　　　　　　　　　　　　　　　　　　David Gulbransen
　　　　　　　　　　　　　　　　　　　　　Attorney of Record
　　　　　　　　　　　　　　　　　　　　　Counsel for Plaintiff

　　　　　　　　　　　　　　　　　　　　　David Gulbransen (#6296646)
　　　　　　　　　　　　　　　　　　　　　Law Office of David Gulbransen
　　　　　　　　　　　　　　　　　　　　　805 Lake Street, Suite 172
　　　　　　　　　　　　　　　　　　　　　Oak Park, IL 60302
　　　　　　　　　　　　　　　　　　　　　(312) 361-0825 p.
　　　　　　　　　　　　　　　　　　　　　(312) 873-4377 f.
　　　　　　　　　　　　　　　　　　　　　david@gulbransenlaw.com