**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Crave Products, Inc. | ) | |
| | ) | Case No. 1:19-cv-1765 |
| v. | ) | |
| | ) | Judge: Hon. Gary Feinerman |
| THE PARTNERSHIPS and | ) | |
| UNINCORPORATED ASSOCIATIONS | ) | Magistrate: Hon. Susan E. Cox |
| Hon. IDENTIFIED ON SCHEDULE "A" | ) | |
| | ) | |

**SATISFACTION OF JUDGEMENT**

Plaintiff, in accordance with FRCP 60(b)(5), having reached a post-default settlement

agreement with the Doe Defendants listed below:

| Doe | Store | Merchant ID |
|-----|-------|-------------|
| 388 | Helen's little store | A19Z82KLKQ5QH5 |
| 471 | Salasinger-US | AEF2MB2OMVREV |
| 454 | Websun | A3MIYHOVK2SGOF |
| 422 | Joly Joy | A2GDB20VDN1GVO |
| 483 | Aliday Holiday | AU6PTQ2KC1NYI |
| 660 | TOPGOOD | 22175464 |

dismisses them from the suit with prejudice.

Dated this 24th Day of November 2019.          Respectfully submitted,


By:     s/David Gulbransen/
        David Gulbransen
        Attorney of Record
        Counsel for Plaintiff

        David Gulbransen (#6296646)
        Law Office of David Gulbransen
        805 Lake Street, Suite 172
        Oak Park, IL 60302
        (312) 361-0825 p.
        (312) 873-4377 f.
        david@gulbransenlaw.com