**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Crave Products, Inc. | ) | |
| | ) | Case No. 1:19-cv-1765 |
| v. | ) | |
| | ) | Judge:  Hon. Gary Feinerman |
| THE PARTNERSHIPS and | ) | |
| UNINCORPORATED ASSOCIATIONS | ) | Magistrate: Hon. Susan E. Cox |
| Hon. IDENTIFIED ON SCHEDULE "A" | ) | |
| | ) | |

**SATISFACTION OF JUDGEMENT**

Plaintiff, in accordance with FRCP 60(b)(5), having reached a post-default settlement

agreement with the Doe Defendants listed below:

| Doe | Store Name | Merchant ID |
|---|---|---|
| 335 | Lovinland Store | 4449029 |
| 437 | Lucky Bridge | A2ZBG5VW7SZ6V2 |
| 457 | Beymill | A3OW64ZN23NJD7 |

dismisses them from the suit with prejudice.

Dated this 16th Day of December 2019.              Respectfully submitted,


By:      s/David Gulbransen/
         David Gulbransen
         Attorney of Record
         Counsel for Plaintiff

         David Gulbransen (#6296646)
         Law Office of David Gulbransen
         805 Lake Street, Suite 172
         Oak Park, IL 60302
         (312) 361-0825 p.
         (312) 873-4377 f.
         david@gulbransenlaw.com