IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Crave Products, Inc. | ) | |
| | ) | Case No. 1:19-cv-1765 |
| v. | ) | |
| | ) | Judge: Hon. Gary Feinerman |
| THE PARTNERSHIPS and | ) | |
| UNINCORPORATED ASSOCIATIONS | ) | Magistrate: Hon. Susan E. Cox |
| Hon. IDENTIFIED ON SCHEDULE "A" | ) | |
| | ) | |

**SATISFACTION OF JUDGEMENT**

Plaintiff, in accordance with FRCP 60(b)(5), having reached a post-default settlement agreement with the Doe Defendants listed below:

| Doe | Store Name | Merchant ID |
|---|---|---|
| 405 | ESEOE | A1UE02PUBMEUCZ |

dismisses them from the suit with prejudice.

Dated this 2nd Day of January 2020.           Respectfully submitted,


By:      s/David Gulbransen/
David Gulbransen
Attorney of Record
Counsel for Plaintiff

David Gulbransen (#6296646)
Law Office of David Gulbransen
805 Lake Street, Suite 172
Oak Park, IL 60302
(312) 361-0825 p.
(312) 873-4377 f.
david@gulbransenlaw.com