IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| Crave Products, Inc. | ) | |
|---|---|---|
| | ) | Case No. 1:19-cv-1765 |
| v. | ) | |
| | ) | Judge: Hon. Gary Feinerman |
| THE PARTNERSHIPS and | ) | |
| UNINCORPORATED ASSOCIATIONS | ) | Magistrate: Hon. Susan E. Cox |
| Hon. IDENTIFIED ON SCHEDULE "A" | ) | |
| | ) | |

## SATISFACTION OF JUDGEMENT

Plaintiff, in accordance with FRCP 60(b)(5), having reached a post-default settlement agreement with the Doe Defendants listed below:

| Doe | Store Name | Merchant ID |
|---|---|---|
| 711 | haidi891 | 5979c9b4eea5c5072f486166 |
| 714 | beautycoffee | 59ffd6989fbc510f448dda37 |
| 493 | 3buy564 | 3buy564 |
| 587 | mylzhojia | mylzhojia |
| 612 | smallangelcity | smallangelcity |
| 614 | ssmoon | ssmoon |
| 614 | ssmoon | ssmoon |
| 630 | vivot | vivot |
| 549 | homechoice_sky | homechoice_sky |
| 634 | xincheng882015 | xincheng882015 |
| 635 | xtf2013 | xtf2013 |
| 520 | chuangmao | chuangmao |
| 558 | ize-elhas | ize-elhas |
| 558 | ize-elhas | ize-elhas |
| 527 | dondon24 | dondon24 |
| 639 | zouxiaoqinjiangxi6804 | zouxiaoqinjiangxi6804 |
| 60 | JASMYLIFE Store | 1626627 |
| 33 | Zhejiang Dongzheng Store | 802263 |

dismisses them from the suit with prejudice.

Dated this 27th Day of January 2020.   Respectfully submitted,

                                                                 By:      s/David Gulbransen/
                                                                              David Gulbransen
                                                                              Attorney of Record
                                                                              Counsel for Plaintiff

                                                                              David Gulbransen (#6296646)
                                                                              Law Office of David Gulbransen
                                                                              805 Lake Street, Suite 172
                                                                              Oak Park, IL 60302
                                                                              (312) 361-0825 p.
                                                                              (312) 873-4377 f.
                                                                              david@gulbransenlaw.com