# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| Crave Products, Inc. | ) | |
|---|---|---|
| | ) | Case No. 1:19-cv-1765 |
| v. | ) | |
| | ) | Judge: Hon. Gary Feinerman |
| THE PARTNERSHIPS and | ) | |
| UNINCORPORATED ASSOCIATIONS | ) | Magistrate: Hon. Susan E. Cox |
| Hon. IDENTIFIED ON SCHEDULE "A" | ) | |
| | ) | |

## SATISFACTION OF JUDGEMENT

Plaintiff, in accordance with FRCP 60(b)(5), having reached a post-default settlement agreement with the Doe Defendants listed below:

| Doe | Store Name | Store ID |
|---|---|---|
| 509 | besthomestore18 | besthomestore18 |
| 384 | TMAX HOME | A13RYR1DOXIKZ5 |
| 146 | LetUWell Store | 2934079 |

dismisses them from the suit with prejudice.

Dated this 29th Day of February 2020.        Respectfully submitted,

                                By:    s/David Gulbransen/
                                       David Gulbransen
                                       Attorney of Record
                                       Counsel for Plaintiff

                                       David Gulbransen (#6296646)
                                       Law Office of David Gulbransen
                                       805 Lake Street, Suite 172
                                       Oak Park, IL 60302
                                       (312) 361-0825 p.
                                       (312) 873-4377 f.
                                       david@gulbransenlaw.com