# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Crave Products, Inc. | Case No. 1:19-cv-1765 |
| v. | Judge: Hon. Gary Feinerman |
| THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS Hon. IDENTIFIED ON SCHEDULE "A" | Magistrate: Hon. Susan E. Cox |

## SATISFACTION OF JUDGEMENT

Plaintiff, in accordance with FRCP 60(b)(5), having reached a post-default settlement agreement with the Doe Defendants listed below:

| Doe | Store Name | Email |
|---|---|---|
| 545 | good365 | shuixuanpay@yahoo.com |
| 637 | yuchengoo1 | yuchengoo@outlook.com |

dismisses them from the suit with prejudice.

Dated this 1st Day of March 2020.                Respectfully submitted,

By:    s/David Gulbransen/
David Gulbransen
Attorney of Record
Counsel for Plaintiff

David Gulbransen (#6296646)
Law Office of David Gulbransen
805 Lake Street, Suite 172
Oak Park, IL 60302
(312) 361-0825 p.
(312) 873-4377 f.
david@gulbransenlaw.com